# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **BILQIS EDAWN MILES,** | ) |
| **Plaintiff** | ) |
| | ) **Case No. 3:11-CV-931** |
| v. | ) Judge Campbell/Brown |
| | ) **Jury Demand** |
| **NASHVILLE ELECTRIC SERVICE,** | ) |
| **Defendant** | ) |

## CASE MANAGEMENT ORDER

Pursuant to Local Rule 11(d), the following Initial Case Management Plan is **adopted**.

  **A. JURISDICTION:** The court has jurisdiction pursuant to 29 USC Sec. 2601 (FMLA)

  **B. BRIEF THEORY OF THE PLAINTIFF:** Bilqis Miles was denied proper FMLA benefits for which she qualified. Miles requested additional time off after being hospitalized for psychiatric problems and was coerced into resigning her position. Despite Defendant's knowledge of her past and recent hospitalizations, no inquiry into the reason for requested leave was made, violating Plaintiff's FMLA rights.

  **C. BRIEF THEORY OF THE DEFENDANT:** Bilqis Miles applied for and was granted FMLA leave when appropriate. She presented a complete release signed by her physician with an effective date of May 4, 2011. She resigned in writing effective May 6, 2011. There has been no violation of Plaintiff's legal or contractual rights.

  **D. ISSUES RESOLVED:** Jurisdiction and venue.

  **E. ISSUES STILL IN DISPUTE:** Liability and damages.

  **F. INITIAL DISCLOSURES:** Pursuant to Fed. R. Civ. P. 26(a)(1), all parties must make their initial disclosures within thirty (30) days after the initial case management conference.

The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26 (a)(1) on or before **December 28, 2011**

G. **DISCOVERY:** The parties shall complete all written discover and depose all fact witnesses on or before **March 19, 2012.** Discovery is not stayed during dispositive motions, unless ordered by the court. Local Rule 33.01(b) is expanded to allow 40 interrogatories, including subparts. No motions concerning discovery are to be filed until after the parties have conferred in good faith and, unable to resolve their differences, have scheduled and participated in a conference telephone call with Magistrate Judge Brown.

H. **MOTIONS TO AMEND:** The parties shall file all Motions to Amend on or before **February 1, 2012.**

I. **DISCLOSURE OF EXPERTS:** The plaintiff shall identify and disclose all expert witnesses and expert reports, if needed, on or before **February 29, 2012.** The defendant shall identify and disclose all expert witnesses and reports on or before **April 30, 2012.**

J. **DEPOSITION OF EXPERT WITNESSES:** The parties shall depose all expert witnesses on or before **May 30, 2012.**

K. A telephone conference with Magistrate Judge Brown to discuss case progress is set for **March 12, 2012, at 9:30 a.m. To participate in the conference call, parties shall call 615-695-2851 at the scheduled time.**

L. **DISPOSITIVE MOTIONS:** The parties shall file all dispositive motions on or before **June 29, 2012.** Responses to dispositive motions shall be filed within **21 days** after filing of the motion. Optional replies may be filed within **14 days** after the filing of the response. Briefs shall not exceed **25 pages**.

M. **ESTIMATED TRIAL TIME:** The parties expect the jury trial to last approximately three days, and suggest a trial date sometime after **November 27, 2012**.

It is so **ORDERED**.

                                                /s/ Joe B. Brown_____
                                                JOE B. BROWN
                                                United States Magistrate Judge