IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BILWIS EDAWN MILES )
)
v. ) NO. 3-11-0931
) JUDGE CAMPBELL
NASHVILLE ELECTRIC SERVICE )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 18). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED. The Clerk is directed to close the file, and any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE