UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

BILQIS EDAWN MILES )
)
v. ) NO. 3:11-0931
) JUDGE CAMPBELL
NASHVILLE ELECTRIC SERVICE )

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/16/2012.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk