# Cleeton Davis Court Reporters, LLC

## Case Invoice

200 Fourth Avenue North
Suite 825
Nashville, TN 37219
Phone: (615) 726-2737    Fax: (615) 726-3188

**Date** 3/30/2012

Zan Blue
Constangy, Brooks & Smith, LLP
401 Commerce Street
Suite 700, Sun Trust Plaza
Nashville, TN 37219

**Phone** (615) 320-5200
**Fax** (615) 321-5891

## Miles v Nashville Electric Service 3:11-CV-931

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | | Job Date | |
|---|---|---|---|---|---|---|---|---|
| 12223REC | | | 3/30/2012 | | Lively, Holly Ann | | 3/19/2012 | |
| | Copy of transcript/Regular Delivery | | | | | $2.30 | 15 | $34.50 |
| | E-mail E-transcript | | | | | $25.00 | 1 | $25.00 |
| | Condensed copy with index/Min. | | | | | $5.00 | 1 | $5.00 |
| | Administration Fee per invoice | | | | | $12.00 | 1 | $12.00 |
| | Hand Delivery | | | | | $5.00 | 1 | $5.00 |
| | | | | | | Sub Total | | $81.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $81.50 |
| 12224REC | | | 3/30/2012 | | Fine, James Alan Jr. | | 3/19/2012 | |
| | Copy of transcript/Regular Delivery | | | | | $2.30 | 35 | $80.50 |
| | E-mail E-transcript | | | | | $25.00 | 1 | $25.00 |
| | Condensed copy with index/Min. | | | | | $10.00 | 1 | $10.00 |
| | | | | | | Sub Total | | $115.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $115.50 |
| | | | | | | Case Total | | $197.00 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Case Balance | | $197.00 |

Fed. I.D. # 62-1829882

*1.5% Interest charge added on invoices over 30 days past due*

# Elite Reporting Services

P O Box 292382
Nashville, TN   37229
(615) 479-4864

# Invoice

| Date | Invoice # |
|---|---|
| 3/28/2012 | 14895 |

**Bill To**

Mr. William A. Blue, Jr.
Attorney at Law
401 Commerce Street, Suite 700
Nashville, TN   37219

RECEIVED
APR 02 2012
NASHVILLE

| Reporter | Job Description |
|---|---|
| Sarah | Deposition 3/13/12 |

| Description | | Amount |
|---|---|---|
| Appearance Fee - Deposition | | 212.50 |
| Deposition Transcript Fee - Original | 179 Pages | 735.70 |
| Condensed Transcripts -- No Charge | | 0.00 |
| Keyword Indexing -- No Charge | | 0.00 |
| Delivery Fee | | 10.00 |
| | | |
| Bilqis vs Nashville Electric Service | | |
| Case Number:  3:11-cv-00931 | | |
| 3/13/12 Depositions of:  Bilqis Miles; April Parker; Flora Miles; Helen Stackhouse; Isis Miles; and Wayne Parker | | |
| * | | |

We were pleased to provide Ms. Sarah Linder as your court reporter.

**Total Due**   $958.20

WE NOW ACCEPT ALL MAJOR CREDIT CARDS.
Please call 615.202.1813 to pay by Credit Card.
We appreciate your business.
Please note:  Our Tax ID below is identified with the IRS as Roy M. Curry, Jr., d/b/a Elite Reporting Services.

Tax I. D. 20-2649226

# Elite Reporting Services

P O Box 292382  
Nashville, TN 37229  
(615) 479-4864

# Invoice

| Date | Invoice # |
|---|---|
| 3/28/2012 | 14897 |

RECEIVED  
APR 02 2012  
NASHVILLE

**Bill To**

Mr. William A. Blue, Jr.  
Attorney at Law  
401 Commerce Street, Suite 700  
Nashville, TN 37219

| Reporter | Job Description |
|---|---|
| Sarah | Deposition 3/14/12 |

| Description | | Amount |
|---|---|---|
| Appearance Fee - Deposition | | 100.00 |
| Deposition Transcript Fee - Original | 109 Pages | 451.90 |
| Condensed Transcripts -- No Charge | | 0.00 |
| Keyword Indexing -- No Charge | | 0.00 |
| Deposition Transcript Fee - Copy | 64 Pages | 144.00 |
| Condensed Transcripts -- No Charge | | 0.00 |
| Keyword Indexing -- No Charge | | 0.00 |
| Exhibit Copies - Black & White | 2 Pages | 0.50 |

Bilqis vs Nashville Electric Service  
Case Number: 3:11-cv-00931  
3/14/12 Depositions of: Shawn Nevil, Keith Brown, and Michael Buri  
*

We were pleased to provide Ms. Sarah Linder as your court reporter.

**Total Due** $696.40

WE NOW ACCEPT ALL MAJOR CREDIT CARDS.  
Please call 615.202.1813 to pay by Credit Card.  
We appreciate your business.  
Please note: Our Tax ID below is identified with the IRS as Roy M. Curry, Jr., d/b/a Elite Reporting Services.

Tax I. D. 20-2649226